IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 DEC 14 PM 2: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| SHANI GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-2723-DV |
| ) | |
| SCHNUCK MARKETS, INC., ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held. Present were Archie Sanders, counsel for plaintiff, and Sam L. Crain, Jr. and Courney Ellis, counsel for defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): Defendant made its initial disclosures on December 5, 2005. Plaintiff's disclosures must be made by January 2, 2006.

JOINING PARTIES: February 13, 2006

AMENDING PLEADINGS: February 13, 2006

INITIAL MOTIONS TO DISMISS: March 13, 2006

COMPLETING ALL DISCOVERY: July 24, 2006

EXPERT WITNESS DISCLOSURE (Rule 26):

    (1)  DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: May 15, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

      (2)   DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:  June 15, 2006

      (3)   EXPERT WITNESS DEPOSITIONS:  July 24, 2006

FILING DISPOSITIVE MOTIONS:  August 25, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date.  All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last _1-2_ day(s).  The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR.  The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter.  Neither party may file an additional reply, however, without leave of the court.  If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice.  Absent good cause shown, the scheduling dates set by this order will not be modified or

extended.

    IT IS SO ORDERED.

                                                     /s/ Diane K. Vescovo
                                        DIANE K. VESCOVO
                                        UNITED STATES MAGISTRATE JUDGE
                                        DATE: December 14, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02723 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

Samuel L. Crain
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Archie Sanders
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Courtney E. Ellis
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT